IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE BAR PLAN MUTUAL ) | |
| INSURANCE COMPANY ) | |
| ) | |
| v. ) | NO. 3-15-0887 |
| ) | JUDGE CAMPBELL |
| LAW OFFICES OF KRISTIN ) | |
| FECTEAU, PLLC, et al. ) | |

ORDER

Pending before the Court is a Joint Motion to Dismiss (Docket No. 56) wherein the parties represent that they have reached a settlement agreement and wish to dismiss all claims and/or counterclaims with prejudice in this matter.

Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for July 17, 2017, and the trial set for July 25, 2017, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE